UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEBADIAH JEROME COMB,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA[],<br><br>　　　　Respondent.<br>_____ | ) Case No. CV 18-2646 FMO(JC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　IT IS ADJUDGED that the "Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)" ("Petition") is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Section 2255 Motion") and that the Petition/Section 2255 Motion and this action be dismissed without prejudice for lack of jurisdiction.

　　DATED: April 9, 2018

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE